Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MATTHEW RUHMANN SLATER,<br><br>        Defendant. | Case No.: CR20-134RSM<br><br>ORDER CONTINUING TRIAL DATE<br>AND DEADLINE TO FILE<br> PRETRIAL MOTIONS |

This matter comes before the Court on the Agreed Motion to Continue Trial Date and Pretrial Motions Deadline filed by the defendant, MATTHEW SLATER (Dkt #16). Mr. Slater has also filed a speedy trial waiver through December 31, 2020 (Dkt. #17) in order to accommodate the proposed new trial date of December 14, 2020.

Based upon the information presented in the Agreed Motion to Continue the Trial Date and Pretrial Motions Deadline, the Court hereby finds as follows:

    1.    Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence.

    2.    Failure to grant a continuance would likely result in a miscarriage of justice.

ORDER CONTINUING TRIAL DATE/PRETRIAL
MOTIONS DEADLINE- 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797

3.  The ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

4.  All of these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii) and (iv).

NOW, THEREFORE IT IS HEREBY ORDERED:

1.  The trial date in this matter is continued to December 14, 2020.

2.  Pretrial motions are due no later than November 12, 2020.

3.  The period of time from the filing date of the Agreed Motion to Continue Trial Date and Pretrial Motions Deadline until the new trial date of December 14, 2020 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

SO ORDERED THIS 9th day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

s/ Jennifer Horwitz
Counsel for Matthew Ruhmann Slater
LAW OFFICE OF JENNIFER HORWITZ
P.O. Box 70859
Seattle, WA 98127
(206) 799-2797
jennifer@jenniferhorwitzlaw.com

CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed by Jennifer Horwitz on September 4, 2020 in Seattle, Washington.