Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                          Plaintiff,

              v.

MATTHEW RUHMANN SLATER,

                          Defendant.

NO. CR20-134RSM

SECOND ORDER CONTINUING
TRIAL

Having considered the record and the parties' stipulated motion, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).  The COURT, among other things, credits the parties' assertions regarding the need for defense preparation and the challenges posed by the current COVID-19 pandemic.

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date is GRANTED.  Trial is rescheduled for June 7, 2021.  Pretrial motions are due May 6, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order and June 7, 2021, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 11th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney

*/s/ Jennifer Horwitz*
JENNIFER HORWITZ
Counsel for Matthew Slater

Order Continuing Trial – 2
*United States v. Slater*, CR20-134RSM