Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>MATTHEW RUHMANN SLATER,<br><br>      Defendant. | Case No.: CR20-134RSM<br><br>ORDER GRANTING MOTION TO PROCEED WITH GUILTY PLEA HEARING BY VIDEO BEFORE MAGISTRATE JUDGE |

ORDER

The Court, having considered the parties' motion, hereby finds that the parties have set forth sufficient grounds to have the change of plea in this case be taken by video.

DATED this 3rd day of March, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO PROCEED WITH
GUILTY PLEA HEARING BY VIDEO- 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797

Respectfully submitted this 2nd day of March, 2021.

    s/ Jennifer Horwitz
Jennifer Horwitz WSBA#23695
Attorney for MATTHEW R. SLATER
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA 98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER GRANTING MOTION TO PROCEED WITH
GUILTY PLEA HEARING BY VIDEO- 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797